Date Signed:
March 5, 2020



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>ADAM LEE,<br><br>　　　　　Debtor. | Case No.: 13-01356<br>Chapter 7 |
| BOON HAN SIA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DANE FIELD,<br><br>　　　　　Defendant. | Adv. Pro. No. 19-90030<br><br><br><br>Re: Dkt. No. 42 |

## ORDER DENYING MOTION TO RECONSIDER

Plaintiff filed his motion for reconsideration of the order granting the defendant's request for sanctions that was entered on January 31, 2020.[1]  The motion

---

[1] Dkt. 28.

for reconsideration was filed on February 28, 2020, more than 14 days after the entry of the order granting sanctions. Prior to filing the reconsideration motion, plaintiff filed a notice of appeal of the same order on February 14, 2020.[2]

"A bankruptcy court retains jurisdiction to consider a timely motion under Fed. R. Bankr. P. 9023 to alter or amend the judgment, even when the motion is filed subsequent to a notice of appeal."[3] In this case the sanction order was filed on January 31, 2020, setting the deadline to file a motion to reconsider on or before February 14, 2020.[4] Instead, the plaintiff filed a notice of appeal on February 14, 2020. The untimeliness of the motion for reconsideration and the filing of the notice of appeal divested this court of jurisdiction to determine the reconsideration motion. Therefore,

IT IS HEREBY ORDERED that the motion to reconsider is DENIED.

### END OF ORDER

---

[2] Dkt. 31.

[3] *Rains v. Flinn* (*In re Rains*), 428 F.3d 893, 905 (9th Cir. 2005)(citations omitted).

[4] Rule 9023, Fed. R. Bankr. P.

U.S. Bankruptcy Court - Hawaii   #19-90030   Dkt # 44   Filed   03/05/20   Page 2 of 2